PROB 12C
(6/16)

Report Date:  June 1, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. MCAVOY, CLERK

ECF No 75

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Clifford Will Kelsey, III          Case Number: 0980 2:15CR00019-MKD-1

Address of Offender: ███████, Spokane, Washington  99216

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: August 20, 2015

Original Offense:          Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)

Original Sentence:         Prison - 60 months          Type of Supervision: Supervised Release
                           TSR - 120 months

Asst. U.S. Attorney:       U.S. Attorney's Office          Date Supervision Commenced: January 10, 2020

Defense Attorney:          Federal Defender's Office          Date Supervision Expires: January 9, 2030

### PETITIONING THE COURT

To issue a **warrant**

On January 13, 2020, an officer with the U.S. Probation Office met with the offender and reviewed his judgment and conditions of supervision with him. The offender signed the judgment acknowledging his understanding of the conditions and he was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2).  You shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers.  The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone internet, credit cards and bank statements. |

**Supporting Evidence**: Mr. Kelsey allegedly violated the above-stated condition on or about May 31, 2026, by possessing sexually explicit photos depicting an adult female.

On May 31, 2026, the undersigned was contacted by a deputy with the Josephine County Sheriff's Office located in Grants Pass, Oregon. The deputy explained they are investigating a Facebook chat between Mr. Kelsey and an adult female. The content of these messages were largely sexual in nature and included the female sending nude images to Mr. Kelsey.

**Prob12C**
**Re: Kelsey, Clifford Will**
**June 1, 2026**
**Page 2**

On June 1, 2026, the undersigned was contacted by a detective with the Spokane County Sheriff's Office (SCSO) regarding the investigation being conducted by Josephine County Sheriff's Office. The detective reported, in assisting with the investigation they had seized nine devices from Mr. Kelsey. He also reported that Mr. Kelsey had received nude images of the adult female.

2    **Special Condition #26**: You must not possess and/or use computers, other electronic communications or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actual sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults.

**Supporting Evidence**: Mr. Kelsey allegedly violated the above-stated condition on or about May 31, 2026, by possessing six unapproved and unmonitored devices.

On May 31, 2026, the undersigned was contacted by a deputy with the Josephine County Sheriff's Office. The deputy reported they are investigating a Facebook chat between Mr. Kelsey and an adult female. As part of this investigation a referral was made to SCSO.

On June 1, 2026, a detective with the SCSO contacted the undersigned to report they had executed a search warrant on Mr. Kelsey's residence. During this search they located and seized nine devices to include an iPhone, iPad, Samsung Galaxy telephone, a Vortex phone, and a Dell all-in-one desktop computer. The detective reported that one of the smart phones seized had a lock-screen image of a 9 to 11 year old female with her legs spread apart and her hand pushing up her dress. The SCSO search and findings are documented in SCSO report 2026-10073821.

Mr. Kelsey had previously been approved by the U.S. Probation Office to use an iPhone, iPad, and a desktop computer with monitoring software. No other devices were approved for use or being monitored.

While Mr. Kelsey may have been approved to use some of the devices seized, the remaining six devices were possessed and/or used outside of this approval.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 06/01/2026 |
| --- | --- |
| | s/Nicolas Olson |
| | Nicolas Olson<br>U.S. Probation Officer |

Prob12C
**Re: Kelsey, Clifford Will**
**June 1, 2026**
**Page 3**

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violations contained in this petition
       with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

6/1/2026
_____
Date